# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| SCOTT STARGEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:16-cv-47 |
| LEWARO CONSTR., INC. , et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Judgment shall ultimately enter in favor of Plaintiff and against Defendants

.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Walter H. Rice _____ on a motion for

Summary Judgment

.

Date: _____8/17/17_____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*